THOMAS GILLERAN, Respondent, v. SPRINGFIELD, L. I., CEMETERY SOCIETY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Dwyer* v. *Slattery* (118 App. Div. 345), and it is ordered that a direction be inserted in the order that the plaintiff may show his want of knowledge of any of the particulars directed to be given. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

BERNARD F. GUINAN, Appellant, v. THOMAS D. WATERBURY, Respondent. — Judgment unanimously affirmed, with costs, on authority of *Hurlburt* v. *Gillett* (96 Misc. Rep. 585; affd. by this court, 176 App. Div. 893). Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

HOWARD D. HAMMOND, Appellant, v. ARTHUR DOUGLAS CONSTANT and SIDNEY S. HAMMOND, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

LOUETTA HERNLY, Appellant, v. CHARLES J. HERNLY, Respondent.— Interlocutory judgment affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

MARGARET C. ILLINGWORTH, Appellant, v. GEORGE ILLINGWORTH, as Administrator, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements, and the time of the plaintiff to plead anew extended twenty days from the date of entry of this order, so that the plaintiff, if so advised may plead an assignment. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

In the Matter of the Application of JOHN F. BOLES, Respondent, for a Writ of Certiorari, Commanding HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, and Another, Appellants, etc.— Order affirmed, with ten dollars costs and disbursements, on authority of *Matter of Gaignat* v. *Sisson* (*ante*, p. 193), decided herewith. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Opening and Extending of Lawrence Avenue, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.